IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| ANCE CHESTER MARTIN SR., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:15CV00246 SWW |
| | * | |
| VANDERBILT MORTGAGE AND FINANCE, INC., | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |

**DISMISSAL ORDER**

Upon the joint motion to dismiss this action with prejudice, stating that this matter has been resolved,

IT IS THEREFORE ORDERED that the motion [ECF No. 19] is granted. The above-entitled action hereby is dismissed with prejudice. Each party will bear its own fees and costs.

IT IS SO ORDERED this 21st day of July, 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE